239 F.2d 643
 Arthur H. SHAPIRO et al., Appellants,
v.
Jake S. FINKE, also known as Jack S. Finke.
 No. 15590.
 United States Court of Appeals Eighth Circuit.
 November 8, 1956.
 
 1
 Appeal from the United States District Court for the Eastern District of Missouri.
 
 
 2
 Milton Yawitz, Elliot P. Koenig, St. Louis, Mo., Bernard G. Sang and Vincent J. Carney, Chicago, Ill., for appellants.
 
 
 3
 Charles S. Sigoloff, Merle L. Silverstein, Lawrence C. Kingsland, Edmund C. Rogers and Estill E. Ezell, St. Louis, Mo., for appellee.
 
 
 4
 Appeal from District Court dismissed without taxation of costs in favor of either of the parties and with prejudice, on stipulation of parties.